**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.  CRIMINAL CASE NO.  98-00283-003

MATTHEW MANTANONA DUENAS

     On February 18, 2003, Matthew Mantanona Duenas was placed on supervised release for 60 months. Mr. Duenas has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

     Respectfully submitted,

     ROSSANNA VILLAGOMEZ-AGUON
     Chief U.S. Probation Officer



     /s/ GRACE D. FLORES
     U.S. Probation Officer

Reviewed by:



/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   Karon Johnson, AUSA
     Defense Counsel
     File

### ORDER OF COURT

     Pursuant to the above report, it is ordered that Matthew Mantanona Duenas be discharged from supervision and that the proceedings in the case be terminated.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00283-003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| MATTHEW MANTANONA DUENAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Supervised Release**

On September 2, 1999, Matthew Mantanona Duenas was sentenced by the Honorable Alex R. Munson, for the offense of Criminal Conspiracy To Import Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 952(a), 960 and 963. He was sentenced to 60 months imprisonment followed a 60 month term of supervised release. Supervised release conditions include that he: abstain from the use of any and all alcoholic beverages; comply with all court orders directing him to make child support payments; perform 300 hours of community service; participate in a drug treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance abuse; obtain and maintain gainful employment and continue to support his dependents. Supervised release commenced on February 18, 2003.

Mr. Duenas' adjustment to supervision has been excellent. He satisfied the special assessment fee on September 2, 1999. He completed the one year substance abuse testing and treatment program on February 25, 2004; completed 200 hours of community service on September 15, 2003; and submitted to DNA collection on September 6, 2005 as instructed.

Mr. Duenas has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, and has had no recent record of arrests or convictions. There are no identifiable risks to the safety of any individual or to the public. Mr. Duenas has not had any adverse reports filed against him.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re: DUENAS, Matthew Mantanona
Criminal Case No. 98-00283-003
November 21, 2007
Page 2

On July 16, 2007, Mr. Duenas made a request to the U.S. Probation Office for early termination from supervision, pursuant to 18 U.S.C. §3583(e)(1). His term of supervised release will expire on February 17, 2008. Attached, for the Court's consideration, is a letter from Mr. Duenas.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3583(e)(1), as such action is warranted by Mr. Warner's compliance with his conditions of supervised release, and is in the interest of justice.

RESPECTFULLY submitted this 21st day of November 2007.

                                          ROSSANNA VILLAGOMEZ-AGUON
                                        Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

Attachment
cc: Karon Johnson, AUSA
     Defense Counsel
     File

To whom it may concern,

I Matthew M. Duenas is requesting an early release of probation from the federal probation office and federal courts.

I write this letter in hopes of recening a second chance at life, a life that I once took for granted.

Since my release in ___, I've remained cleaned (drugfree) and have complied with all UA testings. I've also held down a job, in which I've received unexpected raises as well as a promotion.

I've been able to spend more quality time with my children, which has been a whole new experience of life. I would love nothing more than to travel or possibly relocate to Florida where the mother of my children live.

In conclusion, I deserve an early release of probation so I can truly start life all over again, on a good foot, from another angle. An angle where I can stand proud, as a positive roll model for my children and society. With sincere gratitude,