PROB 34
(3/07)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 98-00283-003 |
| MATTHEW MANTANONA DUENAS | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 17, 2008**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                 Respectfully submitted,

                                                 ROSSANNA VILLAGOMEZ-AGUON
                                               Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                    U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    AUSA
         Defense Counsel
         File

## *ORDER OF COURT*

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



**/s/ Frances M. Tydingco-Gatewood**
      **Chief Judge**
**Dated: Mar 31, 2008**